

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2018

No. 04-18-00757-CR

Loribeth **Martinez,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 15-08-11761-CR
Honorable Camile Glasscock Dubose, Judge Presiding

# O R D E R

The trial court's certification in this appeal states "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." The clerk's record contains a written plea bargain, and the punishment assessed did not exceed the punishment recommended by the prosecutor and agreed to by the defendant; Rule 25.2(a)(2) applies. *See* TEX. R. APP. P. 25.2(a)(2).

This court must dismiss this appeal "if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules." *Id.* R. 25.2(d); *see Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

We ORDER Appellant to cause an amended trial court certification to be filed in this court within THIRTY days of the date of this order showing Appellant has the right of appeal. *See* TEX. R. APP. P. 25.2(d), 37.1; *see also Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, no pet.). If no amended trial court certification is filed as ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 25.2(d).

All other appellate deadlines are SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2018.



KEITH E. HOTTLE,
Clerk of Court